◊RECEIVED & FILED

'08 FEB 21 A11 :27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

LENARD E. SCHWARTZER
2850 SO. JONES BLVD., STE. 1
LAS VEGAS, NV 89146
Phone: (702) 307-2022
E-Fax: (702) 974-0976

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. BK-S-05-16053 LBR
)
COLLINS, LINDA FAY ) IN PROCEEDINGS UNDER CHAPTER 7
)
) NOTICE OF UNCLAIMED FUNDS
Debtor(s) )
)

TO: Clerk, United States Bankruptcy Court

FROM: Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 13 | CLARK JUSTICE<br>200 S. THIRD ST.<br>LAS VEGAS, NV 89155 | | $ 360.00 |
| 13I | CLARK JUSTICE<br>200 S. THIRD ST.<br>LAS VEGAS, NV 89155 | | $ 30.29 |
| 22 | SHERMAN ACQUISITION<br>PO BOX 740281<br>HOUSTON, TX 77274 | | $ 1,212.00 |
| 22I | SHERMAN ACQUISITION<br>PO BOX 740281<br>HOUSTON, TX 77274 | | $ 101.99 |
| 25 | SUNRISE MEDICAL CARE<br>PO BOX 98530<br>LOUISVILLE, KY 40298 | | $ 150.00 |
| 25I | SUNRISE MEDICAL CARE<br>PO BOX 98530<br>LOUISVILLE, KY 40298 | $ 12.62 | |

Receipt #186197   $1,929.78

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | WEST ASSET MANAGEMENT<br>220 SUNSET BLVD.<br>SHERMAN, TX  75092 | | | | $ | 58.00 |
| 27I | WEST ASSET MANAGEMENT<br>220 SUNSET BLVD.<br>SHERMAN, TX  75092 | $ | 4.88 | | | |
| | Total | | | $ | 17.50 | $ 1,912.28 |

Date: *February 19, 2008*

Trustee Lenard E. Schwartzer

Note: Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 to into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.