```
LENARD E. SCHWARTZER                                    RECEIVED
2850 SO. JONES BLVD., STE. 1                            AND FILED
LAS VEGAS, NV  89146
Phone: (702) 307-2022                              MAY  1  11 26 AM '08
E-Fax: (702) 974-0976

TRUSTEE                                          U.S. BANKRUPTCY COURT
                                                 MARY A. SCHOTT, CLERK
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-05-16053 LBR |
| COLLINS, LINDA FAY | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 10 | CAPITAL ONE BANK<br>ACCT. NO:XXXXXXXX8178<br>P.O. BOX 85520<br>RICHMOND, VA  23285 | | $  1,542.00 |
| 10I | CAPITAL ONE BANK<br>ACCT. NO:XXXXXXXX8178<br>P.O. BOX 85520<br>RICHMOND, VA  23285 | | $    129.75 |
| 12 | CITIBANK<br>ACCT. NO: 6911<br>400 OAK ST.<br>GARDEN CITY, NY  11530 | | $    992.00 |

# 186845    # 2747.22

| | | | | |
|---|---|---|---|---|
| 12I | CITIBANK<br>ACCT. NO: 6911<br>400 OAK ST.<br>GARDEN CITY, NY  11530 | | $ | 83.47 |
| | Total | $ 0.00 | $ | 2,747.22 |

_____
Trustee Lenard E. Schwartzer

Date: *April 25, 2008*

Note:  Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 to into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.